In the Matter of ANGELA LABITA, Also Known as ANGELICA J. LABITA, Deceased. KATHERINE D'ALESSANDRO, Appellant; NICOLINA D. HAYHURST, Respondent.

KATHERINE D'ALESSANDRO, Appellant, v MIDWAY NURSING HOME, Respondent.

Submitted December 14, 2009; decided February 16, 2010

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3 [b]; CPLR 5602). Motion for poor person relief dismissed as academic.

In the Matter of the Arbitration between NIAGARA FRONTIER TRANSPORTATION AUTHORITY, Appellant, and INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 2028, Respondent.

Submitted January 4, 2010; decided February 16, 2010

Motion, insofar as it seeks leave to appeal from the Appellate Division order that dismissed the appeal from Supreme Court's December 2008 order, dismissed upon the ground that appellant is not a party aggrieved (*see* CPLR 5511); motion, insofar as it seeks leave to appeal from the Appellate Division order that dismissed the appeal from Supreme Court's January 2009 order, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution.